■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOELL JOHNSON, Appellant. [878 NYS2d 926]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered on or about January 3, 2008, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Nardelli, Catterson and DeGrasse, JJ.